IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-471-BO

| | | |
|---|---|---|
| CRAIG RENARD MERRITT,<br>    Appellant, | )<br>)<br>) | |
| v. | )<br>) | O R D E R |
| EAST ROCK FINANCIAL, LLC,<br>    Appellee. | )<br>)<br>) | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

This matter comes before the Court following the entry of an order directing appellant to show cause why this case should not be dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). [DE 5]. Appellant has failed to respond to the Court's order within the time provided or to show cause why this case should not be dismissed. Accordingly, this action is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk is DIRECTED to close the case.

SO ORDERED, this 23 day of April, 2019.

                                                        Terrence W. Boyle
                                                        TERRENCE W. BOYLE
                                                        CHIEF UNITED STATES DISTRICT JUDGE